**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Thomas Veloz JUAREZ, Jr., Defendant—Appellant.**

No. 03–50068.
D.C. No. CR–97–00508–JSL–01.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 15, 2003.

Decided Oct. 17, 2003.

Ronald L. Cheng, Esq., Robert Edward Dugdale, Esq., USLA—Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

David Bortman, Esq., Beverly Hills, CA, for Defendant–Appellant.

Before CHOY, FARRIS, and LEAVY, Circuit Judges.

## MEMORANDUM *

Thomas Veloz Juarez, Jr., appeals the 24–month sentence imposed following the revocation of his supervised release. We have jurisdiction under 28 U.S.C. § 1291,

of this circuit except as may be provided by Ninth Circuit Rule 36–3.

and we affirm. Because the district court considered the policy statements in Chapter 7 of the United States Sentencing Guidelines Manual and gave several reasons why it was sentencing outside the policy statement range, it did not abuse its discretion in rejecting the suggested sentencing range. *United States v. Tadeo,* 222 F.3d 623, 625–26 (9th Cir.2000).

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.